IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTRON MARQUIS HOWARD, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 02-CO-1271-S |
| WARDEN BULLARD;<br>ATTORNEY GENERAL FOR<br>THE STATE OF ALABAMA | ) |
| Respondents. | ) |

## FINAL JUDGMENT

On December 16, 2004 the magistrate judge's findings and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. No objections have been filed by either party.

After careful consideration of the record in this case and the magistrate judge's findings and recommendation, the court hereby ADOPTS the findings of the magistrate judge. The court further ACCEPTS the recommendation of the magistrate judge and it is therefore ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

Done this 14th day of January 2005.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE